**[J-50-2021]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MICHAEL F. SZWERC, M.D., | : | No. 10 MAP 2021 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Superior Court at No. 2500 EDA |
| | : | 2019 dated July 8, 2020 Affirming |
| v. | : | the Order of the Lehigh County |
| | : | Court of Common Pleas, Civil |
| | : | Division, at No. 2014-C-3230 dated |
| LEHIGH VALLEY HEALTH NETWORK, | : | August 5, 2019 |
| INC. D/B/A LEHIGH VALLEY NETWORK; | : | |
| LEHIGH VALLEY HOSPITAL, INC., D/B/A | : | ARGUED:  September 21, 2021 |
| LEHIGH VALLEY HEALTH NETWORK | : | |
| AND LEHIGH VALLEY HEART AND LUNG | : | |
| SURGEONS; LEHIGH VALLEY PHYSICIAN | : | |
| GROUP, AFFILIATED WITH THE LEHIGH | : | |
| VALLEY HEALTH NETWORK D/B/A | : | |
| LEHIGH VALLEY PHYSICIAN GROUP | : | |
| AND LEHIGH VALLEY HEART AND LUNG | : | |
| SURGEONS; SPECIALTY PHYSICIANS | : | |
| OF LVHN, P.C. D/B/A LEHIGH VALLEY | : | |
| HEART AND LUNG SURGEONS; | : | |
| MICHAEL D. PASQUALE, M.D.; MICHAEL | : | |
| A. ROSSI, M.D.; AND THOMAS V. | : | |
| WHALEN, M.D., | : | |
| | : | |
| Appellees | | |

**ORDER**

**PER CURIAM**                                                           **DECIDED:  July 20, 2022**

**AND NOW**, this 20th day of July, 2022, the appeal is **DISMISSED** as having been

improvidently granted.

Former Justice Saylor did not participate in the decision of this matter.